FLYING EAGLE COACH CORPORATION, Appellant, *v.* CITY OF NEW YORK et al., Respondents.

Argued October 19, 1939; decided November 14, 1939.

*Harold J. Drescher* and *Henry P. Goldstein* for appellant.
*William C. Chanler*, Corporation Counsel (*Herman Horowitz* and *William Mason Smith, Jr.*, of counsel), for respondents.

Order affirmed, with costs, •and questions certified answered in the affirmative. No opinion.

Concur: CRANE, Ch. J., LEHMAN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: O'BRIEN, J.